STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    Kristina.Green@usdoj.gov

**FILED**

Dec 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:21-mj-71919 MAG |
|---|---|
| Plaintiff, | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| BRENT JOHN HOLDRIDGE, | |
| Defendant. | |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 2, 2021, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a

    ☐    Indictment

    ☐    Information

    x    Criminal Complaint

    ☐    Other (describe)

pending in the United States District Court for the District of Columbia, Case Number 1:21-MJ-00670.

    In the Complaint, the defendant is charged with violations of Title 18, United States Code, Section 1752(a)(1) – Entering and remaining in a restricted building or grounds; Title 18, United States

Code, Section 1752(a)(2) – Disorderly and disruptive conduct in a restricted building or grounds; Title 40, United States Code, Section 5104(e)(2)(D) – Disorderly conduct in a capitol building; Title 40, United States Code, Section 5104(e)(2)(G) – Parading, demonstrating, or picketing in a capitol building.

The maximum penalties are as follows:

Count 1 – 18 U.S.C. § 1752(a)(1) (Entering and remaining in a restricted building or grounds): 1 year imprisonment;1 year supervised release; $100,000 fine; mandatory $25 special assessment.

Count 2 – 18 U.S.C. § 1752(a)(2) (Disorderly and disruptive conduct in a restricted building or grounds): 1 year imprisonment;1 year supervised release; $100,000 fine; mandatory $25 special assessment.

Count 3 – 40 U.S.C. § 5104(e)(2)(D) (Disorderly conduct in a capitol building): 6 months imprisonment; $5000 fine; $10 special assessment.

Count 4 – 40 U.S.C. § 5104(e)(2)(G) (Parading, demonstrating, or picketing in a capitol building): 6 months imprisonment; $5000 fine; $10 special assessment.

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Date:  December 2, 2021

*/s/ Kristina Green*
KRISTINA GREEN
Assistant United States Attorney

v. 7/10/2018

# ATTACHMENT 1

Case 3:21-mj-71919-MAG   Document 1   Filed 12/02/21   Page 4 of 15

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BRENT JOHN HOLDRIDGE

_Defendant_

Case: 1:21-mj-00670
Assigned To : Harvey, G. Michael
Assign. Date : 11/29/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ BRENT JOHN HOLDRIDGE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/29/2021

Digitally signed by G. Michael Harvey
Date: 2021.11.29 13:47:03 -05'00'

_Issuing officer's signature_

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 11/29/2021, and the person was arrested on _(date)_ 12/02/2021
at _(city and state)_ Dublin, CA.
Self Surrender at the Santa Rita Jail - Alameda County, CA

Date: 12/02/2021

_Arresting officer's signature_

Randy Watts, Special Agent
_Printed name and title_

# ATTACHMENT 2

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>BRENT JOHN HOLDRIDGE<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>) Case: 1:21-mj-00670<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 11/29/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Randy Watts, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/29/2021__

Digitally signed by G. Michael Harvey

*Judge's signature*

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT 3

Case No.: 21-mj-670

**STATEMENT OF FACTS**

Your affiant, Randall Watts, is a Special Agent assigned to a Domestic Terrorism squad of the FBI's San Francisco Division in the Eureka Resident Agency. In my duties as a Special Agent, I am responsible for investigating and mitigating threats involving domestic groups and/or lone offenders who commit violations of federal law through means of force, intimidation, or violence in furtherance of radical ideologies and/or agendas. Currently, I am tasked with investigating criminal activity that occurred in and around the United States Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage that appeared to be captured on mobile devices of people present on the scene depicted evidence of violations of local and federal law, including many people inside the U.S. Capitol building without authority to be there.

In July of 2021, the San Francisco Division of the FBI received a tip from the Washington, D.C. FBI Field Office, Capitol Riot Investigative Team, advising that on January 6, 2021, cellular phone number ▮▮▮▮▮▮▮▮ was detected within the U.S. Capitol, a location that was restricted from public access. This cellular data had been provided to investigators from cell towers located at or near the U.S. Capitol that day. The FBI San Francisco Division was requested to investigate this lead further to determine any violations of federal law.

A general database search was initiated using the above-identified cell phone number, which produced results identifying BRENT JOHN HOLDRIDGE ("HOLDRIDGE"), a resident of Humboldt County, California, as the likely owner of that number. I later confirmed with the company providing service for that cell phone number that it was subscribed to BRENT HOLDRIDGE of Eureka, California, on January 6, 2021.

Search results of law enforcement agencies within Humboldt County identified an arrest report of HOLDRIDGE on or about February 23, 2021, by the Arcata, California Police Department. Charges listed in the report included possession of a controlled substance and probation violation. Upon his arrest, HOLDRIDGE was booked into the Humboldt County Jail located in Eureka, California.

Soon after discovering this information, I contacted the Humboldt County Jail and learned HOLDRIDGE was released on or about May 29, 2021. The following Humboldt County Jail photograph of HOLDRIDGE was taken as part of the booking process on February 23, 2021:



2

Using cell phone number ███████, I searched available cell phone geolocation data collected from cell towers located at or near the U.S. Capitol grounds on January 6, 2021. The results of that search produced numerous physical locations, identified using longitudinal and latitudinal coordinates as well as time/date stamps, both inside and outside the U.S. Capitol building, where the cellular device assigned number ███████ was detected on that date. These locations were provided to me on a map of the U.S. Capitol building and the U.S. Capitol grounds, along with a spreadsheet containing the data used to mark the locations on that map.

According to the geolocation data/map, it appeared the cellular device assigned number ███████ was detected in multiple areas of the U.S. Capitol grounds on January 6, 2021, including a location commonly known as the Lower West Terrace. The device also was detected in an area consistent with the north staircase on the west side of the building, as well as the area known as the Upper West Terrace. From there, the timed geolocation data was consistent with the device moving inside the U.S. Capitol through the Upper West Terrace area into the northwest portion of the Capitol building.

Using a Humboldt County Jail booking photograph of HOLDRIDGE, FBI investigators searched for images of him in video footage collected as part of the January 6, 2021 investigation. Results from that search included an image of a person, inside the U.S. Capitol building on January 6, 2021, with a physical appearance consistent with that of HOLDRIDGE. The search results included the corresponding U.S. Capitol surveillance video location where this person was recorded. I was then able to access the database where these videos could be viewed, and located the specific video file where the potential match was found. The video was collected from the U.S. Capitol surveillance system location "West Stairs," from camera #0122 USCS. Using additional reference maps of the Capitol, I identified this location as the first floor of the U.S. Capitol, in the northwest area of the building.

In viewing this video file, I observed the person whose appearance was consistent with that of HOLDRIDGE walking inside the Capitol among numerous other people. The person had what appeared to be a rolled-up flag in one hand and in the other hand a cellular device, which appeared to be activated based on its illuminated viewing screen. This specific first-floor area in the northwest portion of the U.S. Capitol was consistent with previously obtained geolocation data obtained for the cell phone number ███████ that was subscribed to HOLDRIDGE. Below are two still photographs of the person taken from the "West Stairs" area surveillance camera (#0122 USCS). This area of the U.S. Capitol was restricted and was closed to the public on January 6, 2021.



The person (indicated in the red oval) is seen in the upper portion of the photograph next the uniformed police officer standing next to the doorway.



The person is seen with what appears to be an activated cellular device in his hand.

4

On August 3, 2021, I interviewed Richard Medley, Senior Probation Officer of the Humboldt County Probation Department in Eureka, California. Medley had been identified as HOLDRIDGE's current probation officer. During the interview, Medley advised that HOLDRIDGE was a current Post Release Community Supervision "PRCS" client of the Humboldt County Probation Department and had been since May of 2020. In October of 2020, HOLDRIDGE was sentenced to serve four months in the Humboldt County Jail as part of a local criminal case. HOLDRIDGE, who was not in custody at the time, was ordered to report to the jail to begin serving his sentence on December 5, 2020. Shortly after sentencing, HOLDRIDGE was granted permission by Medley to travel to Louisiana to be with his mother who was experiencing serious health issues.[1] HOLDRIDGE did not report to the Humboldt County Jail on December 5, 2020 as ordered. Immediately thereafter, a warrant for his arrest was issued by the Humboldt County Court. He was arrested by the Arcata Police Department in February of 2021, as stated above.

After his release from the Humboldt County Jail on or about May 29, 2021, HOLDRIDGE resumed regular contact with Medley, which included both cell phone calls and in-person visits. Medley confirmed to me that the cell phone number ▮▮▮▮▮▮▮▮▮▮ was the number he regularly used to communicate with HOLDRIDGE and was the number HOLDRIDGE used to call and check in with him as required as part of his PRCS probation status. During one of his in-person visits with HOLDRIDGE, which occurred on or about July 28, 2021 outside the probation office in Eureka, HOLDRIDGE admitted to being present at the U.S. Capitol on January 6, 2021. HOLDRIDGE told Medley he traveled to Washington, D.C. with a friend and was present that day at the U.S. Capitol. HOLDRIDGE stated he was outside the U.S. Capitol and watched the activities from there but did not participate in any illegal activity. During that same conversation, HOLDRIDGE showed Medley multiple photographs (from his cell phone) of his trip to the U.S. Capitol.

Prior to the conclusion of that interview, I presented Medley with photographs taken from the U.S. Capitol surveillance video "West Stairs" area, camera #0122 USCS. The photographs were similar to the above images showing the person inside the Capitol whose appearance was consistent with that of HOLDRIDGE. Immediately upon viewing these photographs, Medley identified HOLDRIDGE as the person shown in the images taken from the U.S. Capitol surveillance video. Medley based the identification on his personal interactions with HOLDRIDGE and the physical characteristics of the person shown in the photographs, which include the person's long hairstyle, gray facial hair, and dark eyebrows.

After the initial review of available surveillance video, I was able to identify additional video footage of the person identified by Medley as HOLDRIDGE, both inside and outside the U.S. Capitol building on January 6, 2021. In those videos, the person is again seen carrying a cell phone in his hand and appears to be using it to record video and/or take photographs. He also appears to be holding a rolled-up flag in his other hand. Below are images taken from these videos

---

[1] I later located an online obituary for Patricia Charitan, mother of Brent Holdridge, announcing her death, which occurred on December 17, 2020.

as well as a brief description of where on the U.S. Capitol grounds the videos were recorded. Each of these locations was closed to the public on January 6, 2021.



The person in the image above is shown inside the U.S. Capitol building from U.S. Capitol surveillance camera area "Senate Fire Door," camera # 0689 USCS. This area is located on the first floor of the U.S. Capitol in the northwest corner of the building.



The person in the image above is shown outside the U.S. Capitol from U.S. Capitol surveillance area "Upper Terrace West," camera # 0926 USCG. This location is commonly referred to as the Upper West Terrace and is accessed using the north staircase from the Lower West Terrace.

 

The person in the images above is shown on the west side the U.S. Capitol, standing on the north exterior staircase railing. This area is identified in the U.S. Capitol surveillance system as the "Upper Terrace West," camera # 0925 USCG. The person is seen with a flag in his possession.

On September 29, 2021, I interviewed HOLDRIDGE at the Humbolt Probation Department in Eureka, California. HOLDRIDGE confirmed that on January 6, 2021, he arrived at the U.S. Capitol from the west side and observed the plastic fencing and barricades set up outside on the Capitol grounds, as well as law enforcement dressed in full riot gear. He stated that when he arrived law enforcement had begun deploying "tear gas" as people were making their way up the Capitol stairs and into the building. He refused to answer whether or not he entered the Capitol building, and stated that he did not steal anything, touch or assault anyone, or damage any property while he was at the Capitol that day. I showed him an image, taken from U.S. Capitol surveillance video on January 6, 2021, of a man standing on the railing of the staircase to the Upper West Terrace of the Capitol with a flag in his hand. HOLDRIDGE refused to identify anyone in the photo, but stated that he purchased the flag shown in the photo from a vender who was at the "Stop the Steal" rally.

Based on the foregoing, your affiant submits that there is probable cause to believe that HOLDRIDGE violated 18 U.S.C. §§ 1752(a)(1) and (2), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any

building or grounds so restricted in conjunction with an event designated as a special event of national significance.

   Your affiant submits there is also probable cause to believe that HOLDRIDGE violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
SA Randall Watts
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 29th day of November, 2021.

_____
Digitally signed by G. Michael Harvey
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

8